UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANDREW ARRABACA,

Defendant.

**26 MAG 2911**

**COMPLAINT**

Violations of 18 U.S.C. § 844(f)(1) & (f)(2)

COUNTY OF OFFENSE:
NEW YORK, NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

Ryan Houser, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
## (ARSON)

1.      On or about July 20, 2026, in the Southern District of New York and elsewhere, ANDREW ARRABACA, the defendant, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building, vehicle, and other real and personal property, in whole and in part owned and possessed by, and leased to, the United States, and a department and agency thereof, and as a result of such conduct, directly and proximately caused personal injury to a person, and created a substantial risk of injury to other persons, including public safety officers performing duties, to wit, ARRABACA used a flammable liquid to ignite a fire at the Jacob K. Javits Federal Building in Manhattan and threw a firework into the fire that exploded, causing injury to at least one person and substantial risk of injury to other persons, including security personnel on scene or emergency personnel responding to the fire.

(Title 18, United States Code, Sections 844(f)(1) & (f)(2).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.      I am a Special Agent with the FBI and a member of the FBI's New York-based Joint Terrorism Task Force ("JTTF"), and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and other people, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.      Based on my personal involvement in this investigation, my review of video footage, and my conversations with witnesses and other law enforcement officers, I have learned the following:

a.    On or about July 20, 2026, at approximately 8:27 a.m., ANDREW ARRABACA, the defendant, approached the Jacob K. Javits Federal Building in Manhattan (the "Federal Building") pulling a four-wheeled utility wagon (the "Wagon") filled with various items. ARRABACA set off several fireworks in front of the Federal Building and, as pictured in the still images from surveillance videos below, fired a weapon, later determined to be a BB gun, in the direction of the Federal Building.

 

b.    ARRABACA then ran up to the Federal Building, poured a bucket of flammable liquid onto the ground outside an entrance to the Federal Building (the "Entrance"), and ignited the liquid. The liquid exploded into flames. ARRABACA was captured on video footage pouring and igniting the liquid, and running from the scene, as shown in the below-depicted still images from various surveillance videos and videos from witnesses:

 



c.    ARRABACA then returned to the Wagon and retrieved an item, later determined to be a box of several fireworks, that he subsequently threw into the flames. Shortly thereafter, law enforcement agents apprehended ARRABACA, placed him under arrest, and then searched him. At approximately the same time, the sound of an explosion came from the direction of the fire as one of the fireworks that ARRABACA previously threw exploded.

d.    ARRABACA was wearing military-style camouflage pants and a belt with tactical pouches containing BB pellets and carbon dioxide cartridges. ARRABACA was also wearing a helmet bearing several phrases, including "Kill yourself." A cross-body bag containing a knife and matches was concealed under ARRABACA's clothing. Additionally, law enforcement officers recovered from ARRABACA's person a New York driver's license with his name and picture.

e.    Following ARRABACA's arrest, law enforcement agents recovered the Wagon on the sidewalk near the same Entrance to the Federal Building. The Wagon contained numerous items, including a BB rifle and a pellet rifle, a machete, two hatchets, a mallet, a hammer, and what appeared to be several fireworks, including a cylindrical, multi-shot consumer firework with a printed label reading "Nuclear Warhead" and a black and yellow radiation symbol, as pictured below. The Wagon also contained a sign on its exterior bearing the phrase "ICE Off Our Streets."





f.    During a recorded, *Mirandized* post-arrest interview, ARRABACA stated, in substance and in part, the following:

   i.    ARRABACA was motivated to act by anti-government beliefs, including a belief that government authorities were unlawfully harming people.

   ii.   ARRABACA wished to cause damage and destruction to the Federal Building and ARRABACA was aware that people could be hurt because of his actions.  ARRABACA said that he was willing to accept that risk.

   iii.  ARRABACA targeted the Entrance to the Federal Building, specifically, because he previously observed that it was a busy entrance.

   iv.   ARRABACA understood that he could have died as a result of his actions.

g.    At the time of ARRABACA's actions, the entrances to the Federal Building were guarded by law enforcement officers and/or government-contracted security guards and there

4

were numerous individuals in the immediate vicinity of the Federal Building, and, specifically, the Entrance. As pictured in the still images from surveillance video below, multiple individuals were just feet away from ARRABACA as he poured and lit a flammable liquid, creating a fireball, at the Entrance to the Federal Building.





h.      In the aftermath of ARRABACA's actions, multiple individuals were evaluated for injuries, including at least one victim who appeared to have been hit with debris from the fire and/or explosion, resulting in a gash on the back of the victim's head.

i.      The Federal Building is owned and operated by the United States General Service Administration and occupied by several U.S. government agencies.

5

WHEREFORE, I respectfully request that ANDREW ARRABACA, the defendant, be imprisoned or bailed, as the case may be.

Ryan Houser
Special Agent
Federal Bureau of Investigation


Sworn to before me on this 21st day of July, 2026

HONORABLE ROBYN F. TARNOFSKY
United States Magistrate Judge
Southern District of New York