UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
**UNITED STATES OF AMERICA,**      :      **NOTICE OF APPEARANCE
AND REQUEST FOR**
         - v -                     :      **ELECTRONIC NOTIFICATION**

**ANDREW ARRABACA,**               :      **26 MAG. 2911(UA)**


              **Defendant.**       :
-----------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York


      The undersigned attorney respectfully requests the Clerk to
note his/her appearance in this case and to add him/her as a
filing user to whom Notices of Electronic Filing will be trans-
mitted in this case.


                        Respectfully Submitted,

                        **/S/EDIE JOSEPH, ESQ.**
                        Assistant Federal Defender
                        Federal Defenders Of New York
                        52 Duane Street, 10th Floor
                        New York, N.Y. 10007
                        Tel.:(212)417-8772
                        Edie_Joseph@fd.org



TO:   Attorneys of Record