

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 23, 2026

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Andrew Arrabaca*, 26 Mag. 2911

Dear Judge Tarnofsky:

      The Government respectfully submits this letter in accordance with the Court's July 21, 2026 order directing the Government to file a status update regarding the scheduling of a psychiatric evaluation for defendant Andrew Arrabaca, who is currently in the custody of the Federal Bureau of Prisons ("BOP") and housed at the Metropolitan Detention Center – Brooklyn ("MDC").

      BOP medical records reflect that yesterday the defendant underwent a psychology intake screening, and that this morning he underwent a telehealth psychiatric consultation. ████████████████████████████████████████████ MDC staff confirmed that any change in the defendant's circumstances will be appropriately addressed.

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney

by:      /s/
              Jane Chong/Samantha Fry/Varun A. Gumaste
              Assistant United States Attorneys
              (212) 637-2263/-2490/-1023

By CM/ECF:  Jennifer Brown, Esq.
               Edie Joseph, Esq.